IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02599-BNB

SHARON M. PUENTE,

     Plaintiff,

v.

ROBERT HENRY,
WADE BRORBY,
MICHAEL MURPHY,
WILEY DANIEL, and
DAVE WEST,

     Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 8 2009

**GREGORY C. LANGHAM**
CLERK

## ORDER OF DISMISSAL

Plaintiff Sharon M. Puente initiated this action by filing ***pro se*** a Complaint and a

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order

filed on December 1, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the

Court to commence a civil action and directed Ms. Puente to cure certain deficiencies if

she wished to pursue her claims. Specifically, Magistrate Judge Boland advised Ms.

Puente that the names in the caption of the ***in forma pauperis*** motion did not match

the names in the caption of the Complaint, that the names in the caption of the

Complaint did not match the names in the text of the Complaint, and that the Complaint

was difficult to read and understand. Ms. Puente was warned that the Complaint and

the action would be dismissed without further notice if she failed to cure these

deficiencies within thirty days.

Ms. Puente has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's December 1 order. Therefore, the Complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 8 day of _____ Jan _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02599-BNB

Sharon M. Puente
1460 Reed #6
Lakewood, CO 80214

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/8/09

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk